# United States District Court

NORTHERN DISTRICT OF INDIANA

FILED
05 SEP -9 PM 2:54

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| RUDOLFO HEREDIA | CASE NO: 2:05MJ189 |
| 324 EAST 138TH STREET | |
| RIVERDALE, ILLINOIS | |

To:     The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RUDOLFO HEREDIA and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging that him or her did;

Travel from Illinois to Indiana with the intent to kill, injure harass, or intimidate another person, and in the course of, or as a result of said travel, placed that person in reasonable fear of death or serious bodily injury

SEP -9 2005

in violation of Title 18 United States Code Section 2261A.

| PAUL R. CHERRY | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/Paul R. Cherry | September 9, 2005, Northern District of Indiana |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $ NO BAIL     by PAUL R. CHERRY - U.S. MAGISTRATE JUDGE
                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hammond | | |
| DATE RECEIVED 09/09/05 | NAME AND TITLE OF ARRESTING OFFICER | |
| DATE OF ARREST 09/09/05 | DUSM James B. Mounts | [signature] James B. Mounts |