✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | INDIANA |

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| RUDOLFO HEREDIA | Case Number:  2:05-MJ-189 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Paul Cherry | Arlington Foley | AUSA Philip Benson |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Detention Hearing 9/14/05 | Digitally Recorded | Susan Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/14/05 | Witness | | John Dougherty, Detective-Chicago Police |
| 1 | | | X | X | CD Rom - Segments of  Statement R Heredia |
| 2 | | | X | X | Criminal History Report CPD (1pp) 10/20/93 R Heredia |
| 3 | | | X | X | Arrest Report Alsip PD (8pp) Misdemeanor Complaint  8/7/96 R Heredia |
| 4 | | | X | X | Arrest Report Dolton IL (5pp) Date Offense 7/12/01 R Heredia |
| 5 | | | X | X | Arrest Report Calumet Park IL (5pp) 9/13/05 R Heredia |
| 5 | | | X | X | Case Supplementary Report Chicago PD (4pp) Date Occurrence 7/30/05 R Heredia |
| | | | | | ******************Exhibit returned to Counsel for Government****************** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.