UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Magistrate Cause No.: 2:05 MJ 189 |
| ) | Criminal Cause No.:   2:05CR143 |
| RUDOLFO HEREDIA | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses the   COMPLAINT   against   Rudolfo Heredia  , defendant.

Joseph S. Van Bokkelen
United States Attorney


 S/ Philip C. Benson
Philip C. Benson
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: September 26, 2005

s/ Paul R. Cherry
PAUL R. CHERRY
United States Magistrate Judge
Northern District of Indiana
Hammond Division